Isaac H. Trabue, Appellant, vs. Farmers and Drovers Bank, J. W. Nichols and I. W. Edwards, Appellees.

Appeal from Circuit Court, DeSoto county; H. J. Spence, Referee.

Fred. T. Myers, for Appellant.

Elam B. Carlton, for Appellees.

The bill is this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals.

Appeal dismissed because no properly certified transcript of record has been filed. ·